[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Charmaine Hayes )
)
_____ )
)
Plaintiff(s), ) Ca
)
v. Northwestern medicine hospital )
Sengay Davis, Aliza, Alma, victoria, )
Sema )
Defendant(s). )

1:22-cv-4977
Judge Andrea R. Wood
Magistrate Judge Sheila M. Finnegan
RANDOM

RECEIVED
SEP 14 2022 ec
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Charmaine Hayes of the county of COOK in the state of Illinois.

3. The defendant is Northwestern medicine hospital, whose street address is 251 East Huron, (city) Chicago (county) COOK (state) Illinois (ZIP) 60611 (Defendant's telephone number) (312) - 926-2000

4. The plaintiff sought employment or was employed by the defendant at (street address) 251 East Huron (city) Chicago (county) COOK (state) Illinois (ZIP code) 60611

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.   The plaintiff [*check one box*]

(a)  ☐  was denied employment by the defendant.

(b)  ☐  was hired and is still employed by the defendant.

(c)  ☑  was employed but is no longer employed by the defendant.

6.   The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) June 22, 2018 , (day) 22 , (year) 2018 .

7.1  *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a)  The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☑*has* ☐*has not* filed a charge or charges against the defendant

asserting the acts of discrimination indicated in this complaint with any of the

following government agencies:

(i)  ☑ the United States Equal Employment Opportunity Commission, on or about (month) October (day) 19 (year) 2019 .

(ii)  ☑ the Illinois Department of Human Rights, on or about (month) September (day) 18 (year) 2018 .

(b)  If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2  The defendant is a federal governmental agency, and

(a)  the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) May (day) 5 (year) 2020 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☑ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☑ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☑ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): I was Terminated Because my manager Did not Like african americans, I was forced to

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016    Talked white, I was being sexually harassed.

4

I also was chased Down the hallway by a nurse Name Jenera Davis

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Telling me on the Floor by a unit Secretary name Victoria. I was threatned on the Job By a white girl name Alza. She threatned to fight me in the medication rum. Alma a Nurse told me because I am Latina, I am going to Continue to work here on this Floor.

not to talk about God, Screaming at me.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Also Suzanne Summers told me that they had Terminated a lot of African Americans off the Floor Before I Came to Same Day Surgery

I was told to talk white on the Job in order to make it, by a Unit Secretary name Victoria. I was told by one of my coworkers name Suzanne Summers, that my manager Angela Monicelli was Planning on Terminating me to replace me with a Mexican girl name Mama.

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): Pay the Plaintiffs for years of Back Pay from 2018 - 2022. Lost Compensation and medical Insurance

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Pension Pay, 401K Money, that I Lost Due to Termination. I want them to Compensate me for all the Stress, and embarrassment they put me and my Son through

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Me and my son Became Homeless, Because this Manager Angela, Menicelli Did not Like african Americans, I Lost My House, me and my Son Did not have any Food. We had to move in a one Bedroom apartment All Because this manager and employment Did not Like african Americans.

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

Charmaine Hayes
(Plaintiff's signature)

Charmaine Hayes
(Plaintiff's name)

6710 S. May Street #4
(Plaintiff's street address)

(City) Chicago (State) ILLinois (ZIP) 60621

(Plaintiff's telephone number) (773) - 992 - 0120

Date: September 14, 2022

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6